IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 2 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01477-BNB

ROBERT BRUCE SULLIVAN,

   Applicant,

v.

FEDERAL BUREAU OF PRISONS,
W. A. SHERROD, Warden, F.C.I. Englewood, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

   Respondents.

---

ORDER DISCHARGING SHOW CAUSE ORDER AND DRAWING CASE TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

On August 23, 2006, the Court ordered Applicant Robert Bruce Sullivan to show cause why the instant Application should not be denied as time-barred pursuant to 28 U.S.C. § 2244(d). On September 19, 2006, Mr. Sullivan submitted a Response. Because Mr. Sullivan appears to have filed his § 2254 Application in a timely manner, the August 23, 2006, Order Directing Applicant to Show Cause will be discharged. The case will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that the Court's August 23, 2006, Order Directing Applicant to Show Cause is discharged. It is

FURTHER ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 21st day of September, 2006.

BY THE COURT:

Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01477-BNB

Robert B. Sullivan
Reg. No. 31854-013
Prisoner No. 116706
FCI -Englewood
9595 W. Quincy Ave
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  9-22-06

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk