IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01477-MSK

ROBERT BRUCE SULLIVAN,

      Petitioner,

v.

FEDERAL BUREAU OF PRISONS,
W.A. SHERROD, Warden, F.C.I. Englewood, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

      Respondents.

## ORDER TO RESPOND

THIS MATTER comes before the Court on the Petitioner's Motion for Temporary Restraining Order **(#26)**.

**IT IS ORDERED** that the Respondents shall file a response to the motion no later than November 28, 2006.

Dated this 21st day of November, 2006

                                    **BY THE COURT:**

                                    */s/ Marcia S. Krieger*

                                    Marcia S. Krieger
                                    United States District Judge