IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01477-MSK-MJW

ROBERT BRUCE SULLIVAN,

Petitioner,

v.

FEDERAL BUREAU OF PRISONS, et al.,

Respondents.

_____

MINUTE ORDER

_____

It is hereby ORDERED that the petitioner's Motion to Amend 28 U.S.C. § 2254
Petition Under § 2254, Rule 11, Pursuant to Fed. R. Civ. P. 15(a), which was filed on
January 3, 2007 (Docket No. 37), is denied without prejudice.  Petitioner has not
indicated in the motion what amendments he seeks to make to his petition for a writ of
habeas corpus.  In addition, petitioner has not submitted a proposed amended petition.
It appears that this motion may very well be a response to the respondents' answers
(Docket Nos. 29 and 30), but petitioner has not captioned the document as such.  The
court notes that in the motion petitioner requests an evidentiary hearing and
appointment of counsel.  Such requests are denied without prejudice as premature.
"[T]here is no constitutional right to counsel beyond the appeal of a criminal conviction,
and . . . generally appointment of counsel in a § 2254 proceeding is left to the court's
discretion . . . .  However, there is a right to counsel in a habeas case when the district
court determines that an evidentiary hearing is required."  Swazo v. Wyoming Dep't of
Corr. State Penitentiary Warden, 23 F.3d 332, 332 (10th Cir. 1994).  In this case, the
petitioner has been able to present his arguments to the court, and the court has not
determined that an evidentiary hearing is necessary.

Date: January 4, 2007