IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01477-MSK-MJW

ROBERT BRUCE SULLIVAN,

Petitioner,

v.

FEDERAL BUREAU OF PRISONS, et al.,

Respondents.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the petitioner's Motion for Leave to File Supplemental Memorandum of Law in Support of Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2254 (Docket No. 63) is granted. Petitioner, through counsel, may file a supplemental memorandum of law, no longer than 25 pages, on or before November 7, 2008. Respondents may then file a reply on or before December 12, 2008.

Date: September 22, 2008