IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01477-MSK-MJW

ROBERT BRUCE SULLIVAN,

Petitioner,

v.

FEDERAL BUREAU OF PRISONS, et al.,

Respondents.

## MINUTE ORDER

It is hereby ORDERED that Petitioner's Unopposed Motion for Leave to File Reply to "Response To Applicant's Supplemental Memorandum of Law(Doc. 73, filed 12/29/08)" [Docket No. **74,** Filed January 09, 2009] is GRANTED. Petitioner's Reply [Docket No. 74-2] is accepted for filing.

Date: January 22, 2009