IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01477-MSK

ROBERT BRUCE SULLIVAN,

    Applicant,

v.

JOHN W. SUTHERS, The Attorney General of the State of Colorado,

    Respondent.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Krieger, Judge

    Applicant has filed a notice of appeal from this Court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and dismissing the action. The Court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right.  Accordingly, it is

    **ORDERED** that a certificate of appealability will not be issued.

    DATED this 19th day of October, 2009.

                                      **BY THE COURT:**

                                      *Marcia S. Krieger* (signature)

                                      Marcia S. Krieger
                                      United States District Judge